United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 21, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-10912
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER ALEXANDER,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:01-CR-60-1-C
---------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Christopher Alexander, federal prisoner # 25906-177, appeals from the district court's denial of his motion for a new trial, pursuant to FED. R. CRIM. P. 33(a), based upon newly discovered evidence. Alexander failed to meet the standards warranting a new trial based upon newly discovered evidence. See United States v. Bowler, 252 F.3d 741, 747 (5th Cir. 2001). Accordingly, the district court's judgment is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.